Kathleen E. Bailey (State Bar No. 163574)
kbailey@clausen.com
Meredith D. Stewart (State Bar No. 217212)
mstewart@clausen.com
Kris K. Spiro (State Bar No. 211482)
kspiro@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Plaintiff,
Navigators Specialty Insurance Company

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:18-CV-01638-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NAVIGATORS SPECIALTY INSURANCE COMPANY'S REQUEST TO EXCUSE CLAIMS REPRESENTATIVE FROM PERSONAL APPEARANCE AT MAY 14, 2019 SETTLEMENT CONFERENCE AND GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br>*(Doc. 14)* |

Plaintiff Navigators Specialty Insurance Company ("Navigators") request for its claims representative to be excused from personal appearance at the Settlement Conference in the above-captioned matter set for May 14, 2019 and request to appear by telephone has been reviewed and considered.

After considering Plaintiff's request, the Declaration submitted in support thereof and the records on file in this matter, the Court **ORDERS**:

1. Plaintiff's request for its claims representative to be excused from personal appearance is hereby **GRANTED**. The claims representative SHALL be available by telephone throughout the entire settlement conference unless otherwise excused by the Court.

IT IS SO ORDERED.

Dated: **April 2, 2019**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE